**ORDERED.**

# TIFFANY & BOSCO
P.A.

**Dated: December 10, 2009**

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____

**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-27970/09-27970

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 4:09-bk-25421-EWH |
| Sharon S. Davis | Chapter 7 |
|       Debtor. | ORDER |
| _____ | |
| Desert Schools Federal Credit Union | (Related to Docket #7) |
|       Movant, | |
|    vs. | |
| Sharon S. Davis, Debtor, Gayle E. Mills, Trustee. | |
|       Respondents. | |

     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

     IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is further described as:

> Lot 155, of PERALTA TRAILS UNIT ONE, according to the plat of record in the office of the County Recorder of Pinal County, Arizona, recorded in Cabinet C, Slide 177 and Affidavits of Correction recorded in Document No. 2000-051256 and in Document No. 2002-052890. both of Official Records.
> EXCEPT 1/16TH of all oil, gases, and other hydrocarbon substances, coal, stone, metals, minerals, fossils, and fertilizers of every name and description and except all materials which may be essential to production of fissionable material as reserved in Arizona Revised Statutes.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this _____day of _____, 2009.


_____
JUDGE OF THE U.S. BANKRUPTCY COURT